IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA and STANLEY NELSON | : | |
| | : | CIVIL ACTION NO. 02-CV-4120 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

  Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____  _____
Hope S. Freiwald          Aline Fairweather



_____  _____
Erin Brennan            Kirstin J. Miller


                DECHERT PRICE & RHOADS
                4000 Bell Atlantic Tower
                1717 Arch Street
                Philadelphia, PA  19103-2793
                (215) 994-4000